UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS #292201,

      Plaintiff,

                                   Case No. 1:25-cv-501

v.

                                   HONORABLE PAUL L. MALONEY

UNKNOWN PARTY #1, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Simon and Richardson filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 21, 2026, recommending that this Court grant the motion, dismiss Plaintiff's remaining claims, and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  February 20, 2026                            /s/  Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge