UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. HARRIS #292201,

     Plaintiff,

                              Case No.  1:25-cv-501

v.

                              HONORABLE PAUL L. MALONEY

UNKNOWN PARTY #1, et al.,

     Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  February 20, 2026                        /s/  Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge